UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Tammy Lynn Figuera,<br>   Debtor,<br>_____<br>Tammy Lynn Figuera,<br>   Appellant,<br> v.<br>Jesbir Brar,<br>   Appellee. | No.  2:14-cv-00863-GEB<br><br>BK Case No.  14-21730-A-7<br><br>**ORDER TO SHOW CAUSE** |

   Appellant Tammy Lynn Figuera ("Appellant") filed a Notice of Bankruptcy Appeal on March 26, 2014. (Notice of Bankruptcy Appeal 7, ECF No. 1.) Appellee subsequently elected to have this Court decide the appeal; therefore, the appeal was transferred from the Ninth Circuit Bankruptcy Appellate Panel to this Court on April 7, 2014. (Id. 1-4.)

   On April 9, 2014, the Clerk's Office notified Appellant the "next step in prosecuting [her] appeal is compliance with F.R.B.P. 8006 and 8007[, which] require the appellant to file within 14 days a designation of record, statement of issues on appeal[,] and a notice regarding the ordering of transcripts with

1

the bankruptcy court." (Opening Letter, ECF No. 2 (emphasis omitted).)

Appellant filed a motion in this Court on April 23, 2014, which was construed as a request to extend time under Federal Rules of Bankruptcy Procedure ("Rules") 9001(b) to file a designation of record and statement of issues on appeal. (Appellant's Mot., ECF No. 3.) That request was denied without prejudice on April 29, 2014, since it "should [have] be[en] filed in the bankruptcy court." (Order 2:1-3, ECF No. 4.)

There has been no further activity concerning the appeal in this Court. Further, a "Notice of Incomplete or Delayed Record to District Court Re: Bankruptcy Cases" was received from the bankruptcy court on July 23, 2014, which states Appellant has not filed in the bankruptcy court a designation of record, statement of issues, reporter's transcript, or notice regarding the transcript. (ECF No. 5.) The July 23, 2014 Notice further states Appellant has not paid her filing fee. (Id.)

Therefore, Appellant is Ordered to Show Cause ("OSC") in a writing to be filed in this Court no later than August 18, 2014, why her bankruptcy appeal should not be dismissed under Federal Rule of Civil Procedure 41(b) for her failure to prosecute and/or comply with the Federal Rules of Civil and Bankruptcy Procedure.

Dated:  August 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge